**No. 10-10684. Daniel Torres, Petitioner v. James Hartley, Warden.**

565 U.S. 1075, 132 S. Ct. 802, 181 L. Ed. 2d 514, 2011 U.S. LEXIS 8345.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 844, 132 S. Ct. 159, 181 L. Ed. 2d 73, 2011 U.S. LEXIS 5884.

**No. 10-10693. Jerry W. Armstrong, Petitioner v. Gerald C. Benito.**

565 U.S. 1075, 132 S. Ct. 803, 181 L. Ed. 2d 514, 2011 U.S. LEXIS 8416.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 844, 132 S. Ct. 160, 181 L. Ed. 2d 74, 2011 U.S. LEXIS 6484.

**No. 10-10719. Gregory Downs, Petitioner v. California.**

565 U.S. 1075, 132 S. Ct. 803, 181 L. Ed. 2d 514, 2011 U.S. LEXIS 8435.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 846, 132 S. Ct. 163, 181 L. Ed. 2d 77, 2011 U.S. LEXIS 6135.

**No. 10-10752. Thomas Hawkins, III, Petitioner v. California, et al.**

565 U.S. 1075, 132 S. Ct. 803, 181 L. Ed. 2d 514, 2011 U.S. LEXIS 8317.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 847, 132 S. Ct. 167, 181 L. Ed. 2d 80, 2011 U.S. LEXIS 6420.

**No. 10-10760. Lakaisha Gallaher, Petitioner v. Southern Tube Form, LLC, et al.**

565 U.S. 1075, 132 S. Ct. 803, 181 L. Ed. 2d 514, 2011 U.S. LEXIS 8368.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 848, 132 S. Ct. 169, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 6063.

**No. 10-10878. Cory Cortes, Petitioner v. United States.**

565 U.S. 1075, 132 S. Ct. 803, 181 L. Ed. 2d 514, 2011 U.S. LEXIS 8375.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 854, 132 S. Ct. 184, 181 L. Ed. 2d 93, 2011 U.S. LEXIS 6314.

**No. 10-10912. Beverly Ann Blake, Petitioner v. Warren Maley.**

565 U.S. 1075, 132 S. Ct. 803, 181 L. Ed. 2d 514, 2011 U.S. LEXIS 8364.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 856, 132 S. Ct. 189, 181 L. Ed. 2d 97, 2011 U.S. LEXIS 6287.